### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-13-0684-HE |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, an Ohio ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant Progressive Direct Insurance removed this diversity action from the District Court of Oklahoma County. Plaintiff Rachel Gordon responded, stipulating that her damages are less than $75,000. Ms. Gordon asked that the action be remanded to state court. The parties have now filed a joint motion asking the court to dismiss plaintiff's bad faith claim with prejudice and remand the action to state court.

The parties' motion [Doc. #13] is granted. Plaintiff's bad faith claim is dismissed with prejudice. As the jurisdictional amount is not met, the court **REMANDS** the action to Oklahoma County District Court. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**.

Dated this 30th day of July, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE